GERALD K. CARROLL, State Bar #142054
WENDY M. SCHENK, State Bar# 177397
HARDIMAN & CARROLL, INC.
180 Grand Avenue, Suite 420
Oakland, CA 94612
Tel: (415) 248-3930
Fax: (415) 248-3933
E-Mail: gcarroll@sflawfirm.com
E-Mail: wschenk@sflawfirm.com

Attorneys for Defendants
TERESA THURMAN, TRISHA THURMAN DENNEY,
ELAINE T. SMITH, HOUSER HOLDINGS AZ, LLC,
FRANK BEYER (erroneously sued herein as "Frank Breyer"),
and SHIRLEY PRESLER (erroneously sued herein as "Shirley X")

DAVID GRABILL, State Bar# 46758
LAW OFFICE OF DAVID GRABILL
1930 Alderbrook Lane
Santa Rosa, CA  94506
Tel: (707) 528-8839
Fax: (707) 780-585
E-Mail: dgrabill@gmail.com

Attorney for Plaintiff SHALENE STEWARD

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DISTRICT**

| | |
|---|---|
| SHALENE STEWARD, | CASE NO.  C 14-04474 KAW |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING PARTIES' STIPULATION TO DISMISS ACTION WITH PREJUDICE[FRCP RULE 41(a)(1)] |
| vs. | |
| TERESA THURMAN, TRISHA THURMAN DENNEY and ELAINE T. SMITH dba WINE COUNTRY RV PARK SONOMA, HOUSER HOLDINGS AZ, LLC, FRANK BREYER and SHIRLEY X, | Action Filed: 10/05/2014 |
| Defendants. | |

**1**

**[PROPOSED] ORDER GRANTING PARTIES' STIPULATION TO DISMISS ACTION WITH PREJUDICE[FRCP RULE 41(a)(1)]**

Having reviewed the parties' Stipulation To Dismiss Action With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), filed on July 7, 2015 (Docket No. 26), and GOOD CAUSE appearing therefor, IT IS HEREBY ORDERED that the Stipulation is GRANTED and that the above-captioned action, including all causes of action against all Defendants, is DISMISSED WITH PREJUDICE, with each party to bear their own fees and costs.

IT IS SO ORDERED.

Dated: 7/17/15

*Kandis Westmore*

HON. KANDIS A. WESTMORE
Magistrate Judge, United States District Court